

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re CEVA Ground US, LP.

Appellate case number:   01-19-00760-CV

Trial court case number: 2019-27415

Trial court:              164th District Court of Harris County

Relator, CEVA Ground US, LP, has filed a motion requesting that our Court stay all discovery in the underlying proceeding pending our ruling on CEVA's petition for writ of mandamus. The motion is GRANTED. Discovery in the underlying proceedings is ordered stayed pending our ruling on the petition for writ of mandamus.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                              Acting individually


Date:   __November 7, 2019___